**Kwartler Manus, LLC**
**1429 Walnut Street**
**Suite 701**
**Philadelphia, PA 19102**

## Client: McMullen, Karen A.    Account: Chapter 13/Trustee Receipts
## HOURLY BILLING REPORT BY DATE
## Report Period: All Dates

| Date | Project | Timekeeper | Rate | Hours | Charge |
|---|---|---|---|---|---|
| 3/29/2018 | Motion to Extend Auto Stay<br>Drafting Motion to Extend the Automatic Stay | Brandon Perloff | $325.00 | 0.90 | $292.50 |
| 3/29/2018 | Filings<br>Filing and Serving Motion to Extend Auto Stay | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 4/24/2018 | Court Appearance<br>Re Motion to Extend Automatic Stay | Brandon Perloff | $325.00 | 0.80 | $260.00 |
| 9/14/2018 | Motion(s) to Dismiss<br>Review of Trustee's Motion to Dismiss for payments | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 9/14/2018 | Correspondence with Client<br>Re motion to Dismiss and payment | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 9/25/2018 | Correspondence with Client<br>Emails re Motion to Dismiss | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 10/1/2018 | Phone Call<br>With Client re MTD, Amended Plan, payments, new job (amendments to schedules I and J), etc. | Brandon Perloff | $325.00 | 0.30 | $97.50 |
| 10/1/2018 | Correspondence withTrustee<br>Re Motion to Dismiss scheduled for 10/2 | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| | | | **Total Charges:** | | **$910.00** |