# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
Karen A. McMullen
    Debtor : Bky No.18-12120-amc

### CERTIFICATE OF SERVICE OF ORDER DISMISSING

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, including those listed below, and was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES electronically and/or via first class mail and/or facsimile on December 13, 2018.

Karen A. McMullen
1914 E. Lippincott Street
Philadelphia, PA 19134

William C. Miller, Esquire, Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Bayview Loan Servicing, LLC
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0840

City of Philadelphia
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

KEVIN G. MCDONALD
on behalf of Creditor BAYVIEW LOAN SERVICING, LLC
via bkgroup@kmllawgroup.com

Dated: December 13, 2018          /s/Brandon Perloff
                                                              Brandon Perloff
                                                              Kwartler Manus, LLC
                                                              1429 Walnut Street, Suite 701
                                                              Philadelphia, PA 19102