United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-12120-amc
Karen A. McMullen                                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 2              Date Rcvd: Dec 13, 2018
                            Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db           +Karen A. McMullen,    1914 E. Lippincott Street,    Philadelphia, PA 19134-3131
14119227      Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14082000      Bayview Loan Servicing, LLC,    M & T Bank,    P.O. Box 840,    Buffalo, NY 1420-0840
14118041      CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14082002      Directv, LLC,    American InfoSource LP as agent,    PO Box 5008,    Carol Stream, IL 60197-5008
14082003     +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
14118966     +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Bayview Loan Servicing, LLC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14082004     +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14082006     +Philadelphia Gas Works,    1137 Chestnut St.,    Philadelphia, PA 19107-3619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:27      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:32
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14081999     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 14 2018 03:12:18
              Bayview Loan Servicing, LLC,    4425 ponce De Leon Blvd,    Coral Gables, FL 33146-1837
14224158     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 14 2018 03:12:18
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1837
14194863      E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:26      City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14082001      E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:27      City of Philadelphia,
              Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
              Philadelphia, PA 19102-1595
14082005     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2018 03:11:08      PECO,    2301 Market St,
              Philadelphia, PA 19103-1380
14098410     +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2018 03:11:08      PECO Energy Company,
              2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14082730     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:50
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14083883     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:31      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Dec 13, 2018
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor Karen A. McMullen bperloff@kminjurylawyers.com,
         kmecf1429@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Karen A. McMullen | : | |
|     Debtor | : | Bankruptcy No. 18-12120-AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on December 11, 2018, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on January 15, 2019, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before January 2, 2019.

Date: **December 13, 2018**

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Brandon Perloff, Esquire
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Karen A. McMullen
1914 E. Lippincott Street
Philadelphia, PA 19134